

# Armor
Correctional Health Services, Inc.

# Administrative Leave


PLAINTIFF'S EXHIBIT 1

| EMPLOYEE NAME: |
| --- |
| STANLEY FRANKOWITZ, DO |

DATE OF THIS CONFERENCE:
MAY 20, 2016

This is not a contract. Armor Correctional Health Services, Inc. may take any action that it deems appropriate based on all the facts and circumstances.

REASON FOR ADMINISTRATIVE LEAVE:

An investigation will be conducted regarding the last three mortalities which occurred 4/1/16, 4/5/16 and 5/19/16.

In accordance with Armor's Employee Handbook, Administrative Leave from work without pay may be imposed in the following situations:

1. When time is required to investigate the circumstances of a problem;
2. When an employee's presence on the job constitutes a threat to personnel or patients;
3. When the misconduct or offense is of such severity that termination of employment may occur;
4. When an employee fails to correct performance after having been previously warned, or
5. When a decision is pending as to the appropriate disciplinary action to be taken, if any.

Administrative leave resulting from corrective action will be imposed for generally no more than five consecutive working days. Employees are not allowed to use vacation or personal days while they are on administrative leave from work as a result of corrective action.

Regardless of signatures received all documentation will be placed in the Employee's personnel file.



In cases where an investigation into employee misconduct is warranted, the employee will be placed on administrative leave without pay pending the outcome of the investigation. If fully cleared of the alleged misconduct and any violations of Company policy, the employee shall be reinstated and paid for the leave period, less any pay the employee received during the time of the leave. However, if the employee is reinstated but subject to corrective action, all or part of the leave may remain unpaid as part of the corrective action. Administrative leaves imposed due to investigations into employee misconduct generally will not exceed 14 consecutive days before a final decision is rendered.

The 14-day limitation may not apply when an employee is suspended pending completion of court action or an investigation by an outside agency or law enforcement. Employees placed on leave due to alleged criminal charges not related to work and subsequently cleared, are not entitled to back pay for the leave period. The Company reserves the right to terminate employment in situations where external investigations are ongoing and business needs require that the suspended employee's job duties be filled on a permanent basis.

By signing this document you agree only to the fact that you have read and understand this administrative leave document, signing does not imply agreement with the conduct or work performance statements contained herein, but does imply an understanding of the next step in the investigation process. As with any circumstance if you feel you cannot report through the chain of command, you are encouraged to reach out to Human Resources at 305.662.8522 or via the Employee Message Center at 877.662.7667. You further understand that Armor takes employment related complaints seriously. To ensure an effective and efficient investigation of such complaints you may be required to meet with Administrative Staff, Corporate Staff and/or Outside Agencies. Your failure to cooperate in such investigations interferes with Armor's ability to investigate complaints and ensure a pleasant and respectful workplace. Therefore, if you lie during the investigation or refuse to cooperate in the investigation, you may be subject to discipline.

Employee Signature: *employee did not sign*  Date: _____

Supervisor Signature: [signature] *Laura Shuller*  Date: 5/20/16

Witness Signature: [signature]  Date: 5/20/16

Regardless of signatures received all documentation will be placed in the Employee's personnel file.

# Performance Management and Conduct Corrective Action Plan



This is not a contract. Armor Correctional Health Services, Inc. may take any action that it deems appropriate based on all the facts and circumstances.

| | |
|---|---|
| **DATE OF THIS CONFERENCE:** 05/26/2016 | **DATE(S) AND REASON(S) OF PRIOR CONFERENCE(S):** |
| **EMPLOYEE NAME:** Dr. Stanley Frankowitz | **DATE OF HIRE:** 12/01/2014 |
| **REASON FOR CONFERENCE:** (Select Primary One)<br>[X] Job Performance    [ ] Attendance<br>[ ] Dress Code    [ ] Punctuality | **WARNING LEVEL:** (Warning levels may be skipped depending upon the nature of the performance or conduct)<br>[ ] Written    [ ] Suspension    [x] Termination |
| [ ] Other (Specify) | |

**EXPECTATIONS:** All employees are expected to conduct themselves in a professional and responsible manner. Conduct that interferes with operations, discredits the organization, or is inappropriate toward fellow employees, management or patients will not be tolerated. As the Infirmary physician it is expected that you will:

- Provide and manage direct patient care, including physical examinations, evaluations, assessments, diagnoses and treatment for patients in a correctional facility.
- Refer patients to specialists, emergency care and to relevant patient care components as appropriate.
- Follow established departmental policies, procedures and objectives, continuous quality improvement objectives and safety, environmental, and infection control standards.

Regardless of signatures received all documentation will be placed in the employee's personnel file.



**REASON FOR PERFORMANCE MANAGEMENT:** In the position of Infirmary Physician, you are responsible for providing care to our most seriously ill patients. You failed to follow our policy and procedure regarding infirmary admission and appropriately leveling patients. In three recent cases you failed to recognize critical signs/symptoms and order patients to the hospital for an appropriate level of care. For the aforementioned reasons your employment is being terminated.

By signing this document you agree only to the fact that you have read and understand this Performance Management Plan, signing *does not imply agreement with the conduct or work performance statements contained herein, but does imply an understanding of the next step in the performance management process.* As with any circumstance if you feel you cannot report through the chain of command, you are encouraged to reach out to Human Resources at 305.662.8522 or via the Employee Message Center at 877.662.7667. You further understand that Armor takes employment related complaints seriously. To ensure an effective and efficient investigation of such complaints you may be required to meet with Administrative Staff, Corporate Staff and/or Outside Agencies. Your failure to cooperate in such investigations interferes with Armor's ability to investigate complaints and ensure a pleasant and respectful workplace. Therefore, if you falsify information during the investigation or refuse to cooperate in the investigation, you may be subject to discipline.

| | |
|---|---|
| Employee Signature _____ | Date 5/26/16 |
| Supervisory Signature KAREN DAVIES | Date 2016 05 26 |
| Witness Signature _____ | Date 5/26/16 |

Regardless of signatures received all documentation will be placed in the employee's personnel file.