UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61798-CIV-ALTMAN/Hunt

ROSEMARIE OBREMSKI,

    *Plaintiff,*

v.

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., *et al*.,

    *Defendants.*

_____/

## SUGGESTION OF DEATH

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 25(a)(2), that Defendant, Jerry Burgess, Jr., M.D., passed away on August 31, 2021. A copy of Dr. Burgess' obituary is attached hereto as **Exhibit A**.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of March, 2022, a true and correct copy of the foregoing was filed with the Court via CM/ECF, which will generate electronic service to: **Greg Lauer, Esq.** and **Christina M. Currie, Esq.**, greg@law-lc.com and cmc@law-lc.com, counsel for Plaintiff, at Lauer & Currie, P.A., 644 Se 5 Avenue, Fort Lauderdale, Florida 33301.

    *QUINTAIROS, PRIETO, WOOD & BOYER, P.A.*

    **/s/ Robin N. Khanal**
    **ROBIN N. KHANAL, ESQUIRE**
    Florida Bar No.: 0571032
    **CHRISTOPHER N. GONSALVES, ESQUIRE**
    Florida Nar No.: 1018014
    RNK.pleadings@qpwblaw.com
    255 S. Orange Ave., Suite 900

1

Orlando, Florida 32801
Tel: (407) 872-6011
Fax: (407) 872-6012
*Attorney for Defendants*

*Provided by Ray Williams Funeral Home*

# Dr. Jerry Brent Burgess, Jr.

*August 31, 2021*



### Services

**VISITATION**
Friday
September 17, 2021
4:00 PM to 7:00 PM
Ray Williams Funeral Home
Tampa, FL

**FUNERAL SERVICE**
Saturday
September 18, 2021
11:00 AM
Bible Based Fellowship Church
Tampa, FL

**INTERMENT**
Saturday
September 18, 2021
Rest Haven Memorial Park
Tampa, FL

**Dr. Jerry Brent Burgess, Jr.**, of Ft. Lauderdale, Florida passed away August 31, 2021. His funeral services will be conducted Saturday, September 18, 2021, at 11:00am at the Bible Based Fellowship Church, 4811 Ehrlich Road, Tampa, FL 33624; Pastor Anthony White officiating. Internment will follow in Rest Haven Memorial Park Cemetery, 4615 Hanna Ave, Tampa, FL33610.

Dr. Burgess was a native of Detroit, Michigan, and a resident of Tampa for 20 years. He attended the public schools of Hillsborough County, graduating from Jefferson High School with honors. Dr. Burgess, Jr., graduated from the College of Pharmacy at FAMU, and then graduated Wayne State School of Medicine.

Dr. Burgess, Jr., is a proud and active member of Kappa Alpha Psi Fraternity, Inc. He was the physician at the Palm Beach County Corrections – he provided compassionate and the best care. He served his family and community as a loving and Christian man; his heart belonged to God. His church family, New Mount Olive Baptist Church of Ft. Lauderdale will truly miss him.

Dr. Burgess, Jr. leaves to cherish his memory, his devoted mother, Brenda Williams; his sons: Jabari and Amari Burgess and their mother, Katina Brown-Burgess; his sisters: Vickie Johnson, Lelia Nwabunor, Megan Durham and Augustus Tolbert, his brother.

The remains will repose at Ray Williams Funeral Home, 301 N. Howard Ave, Tampa, FL 33606, 4:00pm- 7:00pm on Friday, September 17, 2021. MASKS ARE REQUIRED.

THE FAMILY REQUEST NO PHOTOS, VIDEOS AND NO REPASS BECAUSE OF COVID.