UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-61798-ALTMAN/Hunt

ROSEMARIE OBREMSKI as the personal
Representative of the Estate of
STEPHEN OBREMSKI, Deceased,

    Plaintiff,

v.

ARMOR CORRECTIONAL HEALTH SERVICES
INC., *et al.*,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiffs, ROSEMARIE OBREMSKI as the personal Representative of the Estate of STEPHEN OBREMSKI, Deceased, and Defendants ARMOR CORRECTIONAL HEALTH SERVICES, INC., and GREGORY TONY, in his official capacity as Sheriff for Broward County, by and through the undersigned respectfully submit this Joint Notice of Settlement and inform the Court as follows:

1. All Plaintiffs and all Defendants have reached an agreement to resolve the claims against all Defendants.

2. The parties have finalized a confidential settlement agreement and will file a Notice of Dismissal when the terms of the agreement are satisfied.

Respectfully Submitted,

/s/ Greg Lauer, Esq.
Greg Lauer, Esq.
Lauer & Currie, P.A.
644 SE 5 Avenue
Fort Lauderdale, FL 33301

t.954.533.4498
greg@law-lc.com
FL Bar #652709
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 4/19/22, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attach Service List via the transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Greg M. Lauer*

Greg Lauer,

Esq. Attorney for

Plaintiffs

## SERVICE LIST

CASE NO. 18-CV-61798-RKA

Robin Khanal, Esq.
Vanessa A. Braga, Esq.
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
E-mail: vanessa.braga@qpwblaw.com  & RKhanal@qpwblaw.com
E-mail: RNK.Pleadings@qpwblaw.com