UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-61798-ALTMAN/Hunt

ROSEMARIE OBREMSKI as the personal
Representative of the Estate of
STEPHEN OBREMSKI, Deceased,

      Plaintiff,

v.

ARMOR CORRECTIONAL HEALTH SERVICES
INC., *et al.*,

      Defendants.

_____/

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

 Respectfully and Jointly Submitted,

 /s/ Greg Lauer, Esq.
Greg Lauer, Esq.
Lauer & Currie, P.A.
644 SE 5 Avenue
Fort Lauderdale, FL 33301
t.954.533.4498
greg@law-lc.com FL Bar #652709
*Counsel for Plaintiffs*

1

Robin Khanal, Esq.
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
E-mail: RKhanal@qpwblaw.com
E-mail: RNK.Pleadings@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 9/15/22, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attach Service List via the transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Greg M. Lauer*

Greg Lauer, Esq.
Attorney for
Plaintiffs

## **SERVICE LIST**

CASE NO. 18-CV-61798-RKA

Robin Khanal, Esq. Attorney for all Defendants
255 South Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
E-mail: vanessa.braga@qpwblaw.com  &  RKhanal@qpwblaw.com
E-mail: RNK.Pleadings@qpwblaw.com

Lauer & Currie, P.A.
644 SE 5 Avenue
Fort Lauderdale, Florida 33301
Phone: 954.533.4498
Attorney for Plaintiff